UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION (NO. II)<br><br>This Document Relates to:<br>*HALEY R. RICH, individually and as Personal Representative of DONNA J. MADDEN, Deceased v. ASTRAZENECA LP, et al.*<br><br>Docket No.: 2:20-cv-13837-CCC-MF | MDL No. 2789(CCC)(MF)<br><br>Case No.: 2:17-md-2789 |

## SECOND AMENDED SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiff(s) named below file(s) this *Second Amended Short Form Complaint and Demand for Jury Trial* against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order No. 7. Plaintiff(s) incorporate(s) by reference the allegations contained in *Plaintiffs' Master Long Form Complaint and Jury Demand in In re: Proton-Pump Inhibitor Products Liability Litigation*, MDL 2789, in the United States District Court for the District of New Jersey pursuant to Case Management Order No. 7.

In addition to those causes of action contained in *Plaintiffs' Master Long Form Complaint and Jury Demand*, where certain claims require specific pleadings and/or amendments, Plaintiffs shall add and include them herein.

## IDENTIFICATION OF PARTIES

### Identification of Plaintiff(s)

1.      Name of individual injured/deceased due to the use of PPI Product(s):  DONNA J.

MADDEN.

2.        Consortium Claim(s):   The following individual(s) allege damages for loss of consortium: HALEY R. RICH, MEREDITH M. PEREZ, DENNIS MADDEN and all heirs and beneficiaries of DONNA J. MADDEN.

3.        Survival and/or Wrongful Death Claims:

   a. Plaintiff, HALEY R. RICH, is filing this case in a representative capacity as the next of kin of and/or Representative or Proposed Representative of the Estate of DONNA J. MADDEN, deceased.

   b. Survival Claim(s):   The following individual(s) allege damages for survival claims, as permitted under applicable state laws:  HALEY R. RICH, MEREDITH M. PEREZ, DENNIS MADDEN and all heirs and beneficiaries of DONNA J. MADDEN.

4.        As a result of using PPI Products, Plaintiff/Decedent suffered pain and suffering, emotional distress, mental anguish, and personal and economic injur(ies) that are alleged to have been caused by the use of the PPI Products identified in Paragraph 10, below, but not limited to the following:

   _____ injury to himself/herself

   __X____ injury to the person represented

   __X____ wrongful death

   __X____ survivorship action

   __X____ economic loss

   __X____ loss of services

2

<u>X</u>       loss of consortium

<u>X</u>        other:

## Identification of Defendants

5.     Plaintiff(s)/Decedent is/are suing the following Defendant(s) (please check all that

apply):

                Abbott Laboratories

x      AstraZeneca Pharmaceuticals LP

x      AstraZeneca LP

                GlaxoSmithKline Consumer Healthcare Holdings (US) LLC

x      Merck & Co. Inc. d/b/a Merck, Sharp & Dohme Corporation

                Novartis Corporation

                Novartis Pharmaceutical Corporation

                Novartis Vaccines and Diagnostics, Inc.

                Novartis Institutes for Biomedical Research, Inc.

                Novartis Consumer Health, Inc.

                Pfizer, Inc.

x      The Procter & Gamble Company

x      The Procter & Gamble Manufacturing Company

                Takeda Pharmaceuticals USA, Inc.

                Takeda Pharmaceuticals America, Inc.

Takeda Development Center Americas, Inc. f/k/a Takeda Global Research
& Development Center, Inc.

Takeda Pharmaceutical Company Limited

__    Other(s) Defendant(s) (please identify): _____.

## JURISDICTION & VENUE

### Jurisdiction:

6.      Jurisdiction in this Short Form Complaint is based on:

☒    Diversity of Citizenship

☐    Other (The basis of any additional ground for jurisdiction must be pled in

sufficient detail as required by the applicable Federal Rules of Civil Procedure).

### Venue:

7.      District Court(s) in which venue was proper where you might have otherwise filed

this *Short Form Complaint* absent Case Management Order No. 7 entered by this Court

and/or to where remand could be ordered:  W.D. Ok.

### CASE SPECIFIC FACTS

8.      Plaintiff(s) currently reside(s) in (City, State):   Yukon, Oklahoma.

9.      To the best of Plaintiff's knowledge, Plaintiff/Decedent used PPI Product(s) during

the following time period:  beginning in or before 2001 through approximately March 2019.

10.      Plaintiff/Decedent used the following PPI Products, for which claims are being

asserted:

Dexilant

Nexium

Nexium 24HR

Prevacid

Prevacid 24HR

x    Prilosec

x    Prilosec OTC

Protonix

__    Other (List All):

11.     The injuries suffered by Plaintiff/Decedent as a result of the use of PPI Products include, among others that will be set forth in Plaintiff's discovery responses and medical records:

Acute Interstitial Nephritis (AIN)

Acute Kidney Injury (AKI)

Chronic Kidney Disease (CKD)

End Stage Renal Disease (ESRD)

Dialysis

x    Death

x    Other(s) (please specify): Gastric cancer and related sequelae, RAHS, and other injuries not yet known, realized or discovered.

12.     At the time of the Plaintiff's/Decedent's diagnosis of injury, Plaintiff/Decedent resided in (City, State):  Yukon, OK.

**CAUSES OF ACTION**

13.     Plaintiff(s), again, hereby adopt(s) and incorporate(s) by reference the *Master*

*Long Form Complaint and Jury Demand* as if fully set forth herein.

14.     The following claims and allegations asserted in the Master *Long Form Complaint and Jury Demand* are herein more specifically adopted and incorporated by reference by Plaintiff(s) please check all that apply):

&#x2612;     Count I:  Strict Product Liability

&#x2612;     Count II:  Strict Product Liability – Design Defect

&#x2612;     Count III:  Strict Product Liability – Failure to Warn

&#x2612;     Count IV:  Negligence

&#x2612;     Count V:  Negligence *Per Se*

&#x2612;     Count VI:  Breach of Express Warranty

&#x2612;     Count VII:  Breach of Implied Warranty

&#x2612;     Count VIII: Negligent Misrepresentation

&#x2612;     Count IX:  Fraud and Fraudulent Misrepresentation

&#x2612;     Count X:  Fraudulent Concealment

&#x2612;     Count XI:  Violation of State Consumer Protection Laws of the State(s) of:

 Oklahoma and throughout the United States

&#x2612;     Count XII:  Loss of Consortium

&#x2612;     Count XIII:  Wrongful Death

&#x2612;     Count XIV:  Survival Action

&#x2612;     Furthermore, Plaintiff(s) assert(s) the following additional  theories and/or Causes of Action against Defendant(s) identified in  Paragraph five (5) above.  If Plaintiff(s) includes additional theories of  recovery, to the extent they require specificity in pleadings,

6

the specific facts  and allegations supporting these theories must be pled by Plaintiff(s) in a

manner complying with the requirements of the Federal Rules of Civil  Procedure:

Design Defect, Failure to Test, Equitable Tolling, Discovery, and theories applicable under

law.

       **WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against  Defendants of

compensatory damages, punitive damages, interest, costs of  suit and such further relief as

the Court deems equitable and just, and as set  forth in the *Master Long Form Complaint*

*and Jury Demand*, as appropriate.

## JURY DEMAND

       Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

Dated: October 2, 2020.

                              Respectfully Submitted,

                    By:   /s/ *Jennifer M. Hoekstra*
                            Jennifer M. Hoekstra (LA Bar No.: 31476)
                            Jhoekstra@awkolaw.com
                            Neil D. Overholtz (FL Bar No.:  188761)
                            Noverholtz@awkolaw.com
                            Nathan C. Bess (FL Bar No.:  0051945)
                            Nbess@awkolaw.com
                            17 East Main Street, Suite 200
                            Pensacola, FL 32502-5998
                            Telephone: (850) 202-1010
                            Fax: (850) 916-7449
                            ***ATTORNEYS FOR PLAINTIFF***